IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MAURICE LAVELL JOHNSON,   )
                         )
     Plaintiff,          )
                         )
v.                       )   CASE NO. CV419-161
                         )
SHERIFF JOHN T. WILCHER, )
TAMMIE MOSELY, SHERRON DAVIS, )
MEG HEAP, GREG MCCONNELL, TOD )
MARTIN, JAMES BYRNE, and )
JUDGE JOHN MORSE, JR.,   )
                         )
     Defendants.         )
                         )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 7), to which objections have been filed (Doc. 13). In the report and recommendation, the Magistrate Judge recommends that this case be dismissed without prejudice due to Plaintiff's failure to comply with the July 22, 2019 deadline for returning the Consent Form and Prison Litigation Reform Act ("PLRA") paperwork. (Doc. 7 at 1-2.) In his objections, Plaintiff states that he timely completed the required paperwork and submitted it to be mailed. (Doc. 13 at 1.) Plaintiff contends that the Chatham County Detention Center held his mail and did not mail the documents. (Id. at 2.) In his objections,

Plaintiff requests the opportunity to return the forms to this Court. (Id.) This request is now moot because the required documents have now been received by the Court. (Doc. 11; Doc. 12.) Accordingly, the Court **DECLINES TO ADOPT** the report and recommendation, and **REFERS** this case to the Magistrate Judge.

SO ORDERED this 22ND day of August 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA