FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2020 FEB -6 AM 9:11
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MAURICE LAVELL JOHNSON,

    Plaintiff,

v.    CASE NO. CV419-161

SHERIFF JOHN T. WILCHER,
TAMMIE MOSELY, SHERRON DAVIS,
MEG HEAP, GREG MCCONNELL,
TODD MARTIN, JAMES BYRNE, and
JUDGE JOHN MORSE JR.,

    Defendants.

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 21), to which objections have been filed (Doc. 22). After a careful de novo review of the record, the Court concludes that Plaintiff's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED** and Plaintiff's Motion for Mental Health Records (Doc. 4), Motion to Relocate Plaintiff (Doc. 5), Motion for Camera Footage (Doc. 6), Motion to Submit Evidence and Defendants Jobs Titles (Doc. 9), and Motion for Camera Footage (Doc. 10)

are **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 5th day of February 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA