# United States District Court
## Southern District of Georgia

MAURICE LAVELL JOHNSON,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV419-161

SHERIFF JOHN T. WILCHER, TAMMIE MOSELY, SHERRON DAVIS, MEG HEAP, GREG MCCONNELL, TODD MARTIN, JAME BYRNE, and JUDGE JOHN MORSE.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated 2/6/20, adopting the U.S. Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the case. This case stands closed.



| 2/6/20 | Scott L. Poff |
|---|---|
| Date | Clerk |

*(By) Deputy Clerk*